U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 2 5 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SOUTHWESTERN ELECTRIC POWER CO., ET AL | CIVIL ACTION NO. 12-cv-2065 |
| VERSUS | JUDGE WALTER |
| CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Compel Arbitration and Stay Proceedings (Doc. 16)** is **granted** and the parties are ordered to resolve the claim presented in an arbitration conducted in accordance with the terms of their insurance policy.

**IT IS FURTHER ORDERED** that this civil action is **stayed**, and the Clerk of Court is directed to close the case for administrative purposes given the unlikelihood that further proceedings in this action will be necessary.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 25 day of Sept, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE